IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES HOLMES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | 12-679 |
| SUPERINTENDENT REILLY, et al. | : | NO. |

## ORDER

AND NOW, this 17th day of February, 2012, having considered plaintiff's civil rights complaint, and his motion to proceed *in forma pauperis*, it is hereby ORDERED as follows:

1. Plaintiff's motion to proceed *in forma pauperis* is DENIED, pursuant to 28 U.S.C. § 1915(g), for the reason that plaintiff has, on three or more prior occasions while incarcerated, had a civil action or appeal dismissed as frivolous, malicious, or for failure to state a viable claim, and plaintiff has failed to plead facts which support a reasonable conclusion that he was in imminent danger of serious physical injury at the time he filed this civil action;

2. Plaintiff may reinstate this case by remitting the filing fee of $350 to the Clerk of Court within thirty days from the date of this order; and

3. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

_____
JUAN R. SANCHEZ, J.